IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Terron Gerhard Dizzley, | ) | Case No. 8:26-cv-2266-SAC-WSB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| | ) | |
| Erin Bailey, Jimmy Richardson, Bryan | ) | |
| Stirling, Joel Anderson, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a Report and Recommendation ("Report") of the Magistrate Judge. ECF No. 9. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge William S. Brown for pre-trial proceedings.

Plaintiff, proceeding *pro se*, brings this civil action pursuant to 42 U.S.C. §1983, alleging violations of his constitutional rights. ECF No. 1. Plaintiff filed a motion for leave to proceed in forma pauperis on June 8, 2026. ECF No. 2. On June 12, 2026, the Magistrate Judge issued a Report recommending that Plaintiff's motion to proceed in forma pauperis be denied and that the Complaint be dismissed unless Plaintiff timely pays the full filing fee because Plaintiff is subject to the three-strikes rule of the Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 132-71 (1996). ECF No. 9. The Report further recommends dismissal because Plaintiff's claims do not satisfy the "imminent danger of serious physical injury" exception under 28 U.S.C. §1915(g). *Id.* at 6-8. Plaintiff has filed no objections to the Report and the time to do so has lapsed.

The Magistrate Judge makes only a recommendation to this Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The recommendation has no presumptive weight, and the

1

responsibility to make a final determination remains with the Court. *Id.* The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. *See* 28 U.S.C. § 636(b). The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *Id.* The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" (citation modified)).

The Court has reviewed the record in this case, the applicable law, and the Report of the Magistrate Judge for clear error. Having done so, the Court accepts the Report and Recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Plaintiff's motion for leave to proceed *in forma pauperis* ECF No. 2 is DENIED. Plaintiff shall have twenty-one (21) days from the date of this Order to pay the filing fee of four hundred and five dollars ($405), and the Clerk of Court shall withhold entry of judgment until such time for payment expires. If Plaintiff fails to pay the filing fee within the specified time period, the Complaint shall be dismissed without prejudice pursuant to 28 U.S.C. §1915(g), and the Clerk of Court shall enter the required final judgment at the close of the twenty-one day period permitted for payment of the filing fee.

IT IS SO ORDERED.

2

United States District Judge

July 17, 2026
Greenville, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4

of the Federal Rules of Appellate Procedure.